UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| Diana Christen,     ) | |
|     Plaintiff    ) | |
|     ) | |
| vs.      ) | Civil Action No. 1:2010-CV-620 |
|     ) | |
| iParadigms LLC,    ) | |
|     Defendant    ) | |

### WAIVER OF ORAL ARGUMENT ON MOTION TO STRIKE

Please take notice that the Plaintiff and Defendant have agreed to waive the oral hearing now set on July 9, 2010 at 10:00 a.m., for "Plaintiff's Motion … to Strike Defendant's Exhibits A & B Filed June 14, 2010".  The Notice of Motion filed June 18, 2010 may be ignored.

Respectfully submitted

_____//s//_____
Robert A. Vanderhye
VA Bar # 13523
Attorney for plaintiff Diana Christen
Robert A. Vanderhye
801 Ridge Drive
McLean, VA  22101-1625
703-442-0422 (phone) or 518-656-3287
703-790-1070 (fax)
ravar@nixonvan.com

1

2

Certificate of Service

   I hereby certify that on the 24th date of June, 2010, I will file the foregoing electronically with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to:

Stephen R. Pickard
115 Oronoco St.
Alexandria, VA 22314
srpickard@aol.com

By:_____//s//_____
Robert A. Vanderhye
VA Bar # 13523
Attorney for plaintiff Diana Christen
Robert A. Vanderhye
801 Ridge Drive
McLean, VA  22101-1625
703-442-0422 (phone) or 518-656-3287
703-790-1070 (fax)
ravar@nixonvan.com

2