UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

------------------------------------------------------X

DIANA CHRISTEN,

                Plaintiff,

vs.

IPARADIGMS, LLC,

                Defendant.

------------------------------------------------------X

Civil Action No. 1:2010-CV-620

FILED
JUL - 2 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CONSENT ORDER

The parties have met and conferred in good faith concerning scheduling in the above-captioned action and have agreed to a schedule for oral argument on defendant's motion to dismiss and defendant's motion to remand. With the consent of the parties, the following schedule is therefore **ORDERED**:

1) Oral argument on defendant's motion to dismiss and defendant's motion to remand shall be held on July 23, 2010 at 10:00 a.m. or as soon thereafter as the Court can hear this matter.

IT IS SO ORDERED, this 2nd day of July, 2010.

                                              /s/
                                    Claude M. Hilton
                                    United States District Judge

808047_1

The undersigned hereby consent to the entry of the within Order.

By: *[signature]*
Stephen R. Pickard, Esq.
Stephen R. Pickard P.C.
VA Bar # 16374
115 Oronoco Street
Alexandria, VA 22314
(703) 836-3505 (Phone)
(703) 836-3558 (Fax)
srpickard@aol.com
Attorneys for Defendant

*[signature]* Robert A. Vanderhye    BY SRP
Robert A. Vanderhye, Esq.           WITH WRITTEN
VA Bar # 13523                      PERMISSION
801 Ridge Drive
McLean, VA 22101-1625
(703) 442-0422 (Phone)
(703) 790-1070 (Fax)
ravar@nixonvan.com
Attorney for Plaintiffs

808047_1