**DATE:** 7/23/10   **CASE NUMBER:** 1:10cv620   **START** 10:10

**JUDGE:** HILTON   **REPORTER:** WESTFALL   **END** 10:35

**PARTIES:**   **ATTORNEYS:**

**DIANA CHRISTEN**   Robert Vanderhye

**V.**

**iPARADIGMS, LLC**   Stephen Ray Pickard

**THIS MATTER CAME ON FOR HEARING ON:** Dft's [3] Motion to Dismiss and Pltf's [7] Motion to Remand to State Court - Argued and taken under advisement. Order to follow.