IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DIANA CHRISTEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil Action 1:10cv620 |
| ) | |
| IPARADIGMS, LLC, ) | |
| ) | |
| Defendant. ) | |

F I L E D
AUG - 4 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

This matter comes before the Court on the Defendant's Motion To Dismiss, Plaintiff's Motion To Remand To State Court and Plaintiff's Motion To Strike. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Plaintiff's Motion To Remand To State Court and Motion To Strike are DENIED. It is

FURTHER ORDERED that the Defendant's Motion To Dismiss is GRANTED and this case is DISMISSED.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
August 4, 2010